

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2014

No. 04-14-00552-CV

Cesar **VELEZ**,
Appellant

v.

**UNIVERSITY OF MISSOURI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11974
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The clerk's record was due September 3, 2014, but was not filed.  On September 10, 2014, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

Accordingly, we **ORDER** appellant to provide written proof to this court on or before **September 25, 2014** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee.  *See* TEX. R. APP. P. 20.1, 35.3(a).  If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court